IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

TAMIESHA WILLIAMS, et al,

    Defendants.                                     Case No. 05-30133-04-DRH

### ORDER

**HERNDON, District Judge:**

        Pending before the Court is defendant Tamiesha Williams' Motion to Modify Conditions of Bond (Doc. 213), so that she may travel out of the District. Defendant Williams wishes to temporarily leave the District to which she is restricted so that she may visit her sister and niece in Indian Orchard, Massachusetts (*Id.*). Defendant Williams plans to travel via Amtrak train, departing Alton, Illinois, on August 15th and returning August 27th (*Id.*). Defendant's Motion states that both her Probation Officer and the Government have no objections to this amendment.

        Accordingly, said Motion (Doc. 213) is hereby **GRANTED**. Defendant Williams's bond is hereby amended in order to allow her to travel to visit her sister and niece in Indian Orchard, Massachusetts, via Amtrak train from Alton, Illinois, on August 15, 2006, and return to Alton on August 27, 2006. Further, Defendant Williams must provide both her defense counsel and Probation Officer with her *exact* travel itinerary, the location of where she will be staying at all times of her travel, the

exact names of her sister and niece, a telephone number (land line) where Defendant Williams can be reached during her visit, and Defendant Williams's cell phone number (if she has a cell phone in operation).  This information must be provided *before* August 15, 2006, in order for Defendant Williams to leave the District lawfully.

     **IT IS SO ORDERED.**

     Signed this 28th day of July, 2006.

     /s/     David RHerndon
**United States District Judge**