IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

**v.**

**TAMIESHA WILLIAMS, et al.,**

    **Defendants.**                                                                 **Case No. 05-cv-30133(2)-DRH**

### ORDER

**HERNDON, District Judge:**

Now before the Court is defendant a Motion for Modification of Conditions of Bond (Doc. 442), filed on behalf of defendant Tamiesha Williams. Essentially, defendant has entered into a plea agreement with the Government, agreeing to plead guilty to certain charges as stated within her plea agreement and remains out on bond, pending her sentencing hearing. Williams now wishes to amend the conditions of her bond so that she may visit her common-law spouse, Richard Pittman, who is currently housed in a county jail in southern Illinois, awaiting sentencing, as he was a co-defendant in this case as well.

Prior to the trial, as a condition of her bond, Williams was not allowed to see or speak with Pittman, as both had agreed as a condition of their plea to testify as witnesses for the Government. However, the trial for her remaining co-defendants has concluded. Her Motion also states that the Government does not object to this proposed modification. Therefore, due to their existing relationship, the fact that

they have children together, and as the need for the bond condition is no longer necessary, the Motion (Doc. 442) is **GRANTED**. The conditions of the Bond for Defendant Tamiesha Williams is hereby **AMENDED** in order to allow her to visit and speak with defendant Richard Pittman. Clerk to provide electronic copy to Probation.

    **IT IS SO ORDERED.**

Signed this 23rd day of February, 2007.

                                              /s/       David RHerndon
                                              **United States District Judge**